```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBAL DME, INC.,

               Plaintiff,

        v.

XAVIER BECERRA, in his official capacity as Secretary, United States Department of Health and Human Services, CHIQUITA BROOKS-LASURE, in her official capacity as Administrator, Centers for Medicare and Medicaid Services, HUMANA INC., HUMANA INSURANCE COMPANY, HUMANA HEALTH PLAN, INC.,

               Defendants.

No. 21-CV-10557 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

     An initial conference is scheduled in this case for March 4, 2022. Due to a scheduling conflict, that conference is rescheduled to March 3, 2022 at 10:00 a.m. The dial-in information remains the same.

SO ORDERED.

Dated:    February 24, 2022
             New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge